```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

Brian Nuckols,

      Plaintiff,                                Case No. 07-12020

v.                                                      Hon. Nancy G. Edmunds

Federal Communications Commission
(FCC),

      Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is hereby GRANTED, and the Complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                 s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: January 8, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2008, by electronic and/or ordinary mail.

                                                 s/Carol A. Hemeyer
                                                 Case Manager